UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:

YOLANDA SPEARMAN,

    Plaintiff,

v.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINES,

    Defendant.
_____/

## COMPLAINT

Plaintiff, YOLANDA SPEARMAN, by and through her undersigned counsel, hereby sues Defendant, CARNIVAL CORPORATION, d/b/a CARNIVAL CRUISE LINES, and states as follows:

### PARTIES, JURISDICTION, AND VENUE

1. This action is governed by the substantive general maritime and admiralty laws of the United States and is brought within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and the Supplemental Rules governing admiralty and maritime claims.

2. This Court has subject matter jurisdiction pursuant to the admiralty and maritime jurisdiction of the United States district courts pursuant to 28 U.S.C. § 1333.

3. At all times material to this action, Plaintiff, YOLANDA SPEARMAN ("SPEARMAN"), was a natural person residing in Palm Beach County, Florida.

4. At all times material to this action, Defendant, CARNIVAL CORPORATION, d/b/a CARNIVAL CRUISE LINES ("CARNIVAL"), was a Florida

corporation doing business in Miami-Dade County, Florida, with its principal place of business located in Miami-Dade County, Florida.

5. Venue is proper in the instant court, as CARNIVAL's cruise ticket contract contains a forum selection clause providing venue to only be proper in the United States District Court for the Southern District of Florida in Miami-Dade County, Florida.

## GENERAL ALLEGATIONS

6. At all times material to this action, CARNIVAL was a cruise line that owned, maintained, managed, and/or controlled a cruise ship, the MS Carnival Freedom (the "Vessel").

7. On December 18, 2014, SPEARMAN was a passenger aboard the Vessel.

8. On the same date as the preceding paragraph, SPEARMAN, while exercising due care and caution for her own safety, was walking out of the bathroom in her cabin when she stepped on the metal threshold floor plate, which came loose from the floor and slipped out of place from under her, causing her to forcefully fall to the floor.

9. All conditions precedent to maintaining this action have been met, excused, satisfied, waived, or otherwise occurred.

## COUNT I – NEGLIGENCE

10. SPEARMAN adopts, repeats, realleges, and incorporates by reference each and every allegation contained in paragraphs 1 through 9 above, as if fully set forth herein.

**The Marin Law Offices**
8726 Northwest 26th Street • Suite 8 • Miami, FL 33172
Tel: 305.482.9701 • Fax: 305.482.9707 • Toll Free: 1.888.MARIN.LAW • Web: www.themarinlawoffices.com

2

11. At all times material to this action, CARNIVAL owed SPEARMAN a duty to exercise reasonable care in the maintenance of the Vessel's flooring, and to otherwise maintain the Vessel's flooring in a condition reasonably safe for its intended use, free from defects, obstructions, and/or any other dangerous conditions, free from all conditions which would render walking on the Vessel's flooring dangerous and/or unsafe, and free from any unreasonable risk of harm.

12. At all times material to this action, CARNIVAL owed SPEARMAN a duty to warn of dangerous and unsafe conditions existing on the Vessel's flooring or any other dangers associated with walking on the Vessel's flooring.

13. At all times material to this action, CARNIVAL owed SPEARMAN a duty to properly train, supervise, and monitor its employees, servants, and/or agents to ensure that its employees, servants, and/or agents perform their job duties in a reasonably safe manner so as not to cause injury to SPEARMAN.

14. At all times material to this action, CARNIVAL owed SPEARMAN a duty to refrain from actions and/or omissions which would injure SPEARMAN.

15. At all times material to this action, CARNIVAL owed SPEARMAN a duty to correct and/or repair any and all dangerous conditions that CARNIVAL created, knew existed on the Vessel's flooring, or in the exercise of reasonable care, should have known existed on the Vessel's flooring.

16. On December 18, 2014, CARNIVAL, by and through, its employees, servants, and/or agents, breached the duty of care owed to SPEARMAN, by committing the following negligent acts and/or omissions:

**The Marin Law Offices**
8726 Northwest 26th Street • Suite 8 • Miami, FL 33172
Tel: 305.482.9701 • Fax: 305.482.9707 • Toll Free: 1.888.MARIN.LAW • Web: www.themarinlawoffices.com

3

(a) CARNIVAL failed to exercise reasonable care in the maintenance of the floor of the Vessel;

(b) CARNIVAL failed to properly maintain and examine the floor of the Vessel;

(c) CARNIVAL failed to ensure that the floor of the Vessel was properly secured and safe for use;

(d) CARNIVAL failed to ensure that the floor of the Vessel was in a condition free of danger or harm;

(e) CARNIVAL failed to warn of the dangerous and unsafe condition of the floor of the Vessel; and

(f) CARNIVAL failed to properly train, supervise, and/or monitor its employees, servants, and/or agents with regard to the maintenance of the floor of the Vessel.

17. At all times material to this action,:

(a) CARNIVAL knew of the existence of the dangerous conditions on the the Vessel's flooring;

(b) The dangerous conditions existed for a sufficient time so that, in the exercise of reasonable care, CARNIVAL should have known of the existence of the dangerous conditions on the Vessel's flooring; or

(c) CARNIVAL created the foreseeable dangerous conditions on the Vessel's flooring.

18. As a direct and proximate result of CARNIVAL's breach of duty, SPEARMAN has suffered severe bodily injury, resulting in pain and suffering, disability,

The Marin Law Offices
8726 Northwest 26th Street • Suite 8 • Miami, FL 33172
Tel: 305.482.9701 • Fax: 305.482.9707 • Toll Free: 1.888.MARIN.LAW • Web: www.themarinlawoffices.com

4

disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, lost income, loss of ability to earn money in the future, and aggravation of a pre-existing condition, if any.  SPEARMAN's injuries and damages are permanent and SPEARMAN will continue to suffer injuries and damages in the future.

WHEREFORE, Plaintiff, YOLANDA SPEARMAN, demands judgment against Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES, for special damages, general damages, all costs of this action, and for such other and further relief as the Court deems just and proper.

### DEMAND FOR JURY TRIAL

Plaintiff, YOLANDA SPEARMAN, demands trial by jury on all issues so triable.

Respectfully submitted this 16th day of December, 2015.

THE MARIN LAW OFFICES
8726 Northwest 26th Street
Suite 8
Miami, FL 33172
Tel  (305) 482-9701
Fax (305) 482-9707
dmarin@themarinlawoffices.com
Counsel for Plaintiff

By: _____
DONNY MARIN, ESQ.
FBN 0668559

The Marin Law Offices
8726 Northwest 26th Street • Suite 8 • Miami, FL 33172
Tel: 305.482.9701 • Fax: 305.482.9707 • Toll Free: 1.888.MARIN.LAW • Web: www.themarinlawoffices.com

5